1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9    The United States of America,            )    No. CR 16-01255-002-TUC-JAS (DTF)
                                               )
10                   Plaintiff,                )    **ORDER**
                                               )
11   vs.                                       )
                                               )
12                                             )
     Valentin Guizar,                          )
13                                             )
                     Defendant.                )
14                                             )
                                               )
15   _____     )

16      Pending before the Court is a Report and Recommendation issued by Magistrate Judge

17   D. Thomas Ferraro.   In the Report and Recommendation, Magistrate Judge Ferraro

18   recommends that the Court deny Defendant's motion to suppress, (Docs. 558, 599, and 627).

19   As the Court finds that the Report and Recommendation appropriately resolved the

20   Defendant's motion to suppress, (Docs. 558, 599, and 627), the objections are denied.[1]

21   //

22   //

23   //

24   //

25

26   _____

27       [1]The Court reviews de novo the objected-to portions of the Report and Recommendation.
     28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).   The Court reviews for clear error the unobjected-to
28   portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734,
     739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    (1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 647) is accepted and

3    adopted.

4    (2) Defendant's motion to suppress, (Docs. 558, 599, and 627) is denied.

5        DATED this 21st day of December, 2017.

6

7

8

                                    James A. Soto
9                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28